KRISTIAN BECKETT (ISB #8731)
FRANK SCHREIBER (ISB# 10197)
BECKETT LAW FIRM
8752 W. Overland Rd. Ste. 110
Boise, Idaho 83709
Phone: (208) 899-9095
Fax: (425) 222-2215
kristian@beckettlegal.com
frank@beckettlegal.com
*Co-Counsel Attorney for Petitioner*

LYNDON P. NGUYEN (ISB #8467)
NGUYEN LAW, PLLC
455 E Danika Ln
Garden City, Idaho 83714
Phone: (208) 914-5137
*lyndonlegal@gmail.com*
*Co-Counsel Attorneys for Petitioner*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**
Boise Idaho Division

| | |
|---|---|
| E.F., a minor child (the "Student) by and through their parents and legal guardians, J.F. and K.F.,<br><br>Plaintiffs,<br>vs.<br><br>KUNA JOINT SCHOOL DISTRICT NO. 3,<br><br>Defendant. | Case No.: 1:25-CV-00728-BLW<br><br>PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE |

**PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE**

Plaintiff moves for an order extending the time to serve process by thirty (30) days under Fed. R. Civ. P. 4(m). The failure to complete service within the Rule 4(m) period resulted from an error by Plaintiff's retained process server, not from any lack of

diligence or bad faith by Plaintiff or counsel. A brief extension will allow prompt completion of service and will not prejudice Defendant.

DATED this 9th day of April , 2026.

BECKETT LAW FIRM

Kristian Beckett,
Attorney and Co-Counsel for Plaintiffs